UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------X

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE FOLLOWING FACEBOOK ACCOUNTS: | <u>UNSEALING ORDER</u><br><br>Docket No. <u>18-M-1054 (RLM)</u> |

(i) FACEBOOK USERNAME "KEN STONE," ASSOCIATED WITH USER ID NUMBER 100002083799091 AND URL HTTPS://WWW.FACEBOOK.COM/KEN.STONE.12576;

(ii) FACEBOOK USERNAME "KAYLA MARIA RAMOS (BABYKAAY)," ASSOCIATED WITH USER ID NUMBER 100009027936880 AND URL HTTPS://WWW.FACEBOOK.COM/100009027936880;

(iii) FACEBOOK USERNAME "GREG MILLER," ASSOCIATED WITH USER ID NUMBER 100000138361243 AND URL HTTPS://WWW.FACEBOOK.COM/GREG.MILLER.VT; and

(iv) FACEBOOK USERNAME "TASHA GRAM," ASSOCIATED WITH USER ID NUMBER 100007487791111 AND URL HTTPS://WWW.FACEBOOK.COM/BUDZZ0512

THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC

------------------------X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan E. Algor, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated:     Brooklyn, New York
            April 9, 2019

S/ Bloom

_____
HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK